395 Fulton Street
Farmingdale, New York 11735

221 Kingsley Road
Burnt Hills, New York 12027

# Law Office of James L. Breen

Telephone (516) 847-0267
Telefacsimile (516) 847-0271

Telephone (518) 631-9022
Telefacsimile (516) 847-0271

Matrimonial
Mediation and Divorce
Family Law
Criminal

DWI
Corporate
Negligence
Real Estate

January 8, 2014

**VIA ECF**
Magistrate Kathleen Tomlinson
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

    Re:    Chapas vs. Avco Industries, Inc.
             Case No. 12- CV-0683

Dear Magistrate Tomlinson:

As per the Order of January 6, 2014.

I extend my apology to both counsel for the plaintiff and the Court with regard to my failure to appear at the conference scheduled for January 6, 2014 at 4:30 p.m.. For some unknown reason I did not note the conference which was entered at the bottom of the page in my diary. I have been a little behind, and obviously a little absent minded, in my practice as a result of an accident which took place about 8 weeks ago. The accident resulted in a broken leg which then resulted in my having been unable to attend to my practice as usual. It was simply an oversight which I would like to believe was the result of the injury.

Again, I apologize to all concerned.

I remain,

James L. Breen